■ In the Matter of FRIEDRICH ROLAND against NICHOLAS L. DEAK et al.— Motion granted to the extent of permitting the petitioner-respondent to file typewritten respondent's points on condition that he serves one copy thereof on the attorney for the appellants and files six copies thereof with this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID ZYGELMAN.— Motion dismissed as academic inasmuch as the argument of the appeal has been advanced in the normal process of preparing the appeal calendar. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ WILLIAM E. REARDON v. W. LYNWOOD HEAVER.— Motion for stay denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of F. & P. MANAGEMENT CO. against TEMPORARY STATE HOUSING RENT COMMISSION, and VALENTINE DE MILLY, Intervenor.— Motion granted and the stay contained in the order to show cause, dated January 14, 1960, is continued pending the hearing and determination of the appeal, on the same terms contained therein. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Estate of ADOLF LEON, Deceased. FELICIA LEON et al.; ELISE REICHBACH.— Motion by respondents to dismiss appeal of Elise Reichbach granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the Estate of ADOLF LEON, Deceased. FELICIA LEON et al.; SYLLA REICHBACH.— Motion by respondents to dismiss appeal of Sylla Reichbach granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (February 3, 1960)

■ In the Matter of GEORGE A. BRENNER, For Leave to Resign as an Attorney.— Motion granted and name struck from the roll of attorneys and counselors-at-law. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (February 4, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD E. MOORE.— Motion to dismiss appeal granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER ROBINSON.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the District Attorney for Bronx County, and files 6 typewritten or 19 mimeographed appellant's points, together with the original record, on or before March 29, 1960. with notice of argument for the May 1960 Term of this court. said appeal to be argued or submitted when reached. Mr. Anthony F. Marra, 100 Centre Street, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ,